UNITED STATES *v.* ROWELL

No. 863.  Decided April 27, 1970

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

PER CURIAM.

The motion of the respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is also granted and the judgment of the United States Court of Appeals is vacated.  The case is remanded to that court for further consideration in light of *Buie* v. *United States,* 396 U. S. 87.